**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-7501**

---

CARLTON BUCKLEY,

                                        Plaintiff - Appellant,

      versus

US GOVERNMENT,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, District Judge. (CA-04-21900-TLW-4)

---

Submitted: December 15, 2005         Decided:  December 22, 2005

---

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Carlton Buckley, Appellant Pro Se. Barbara Murcier Bowens, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carlton Buckley appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his action filed under the Federal Torts Claim Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Buckley v. United States, No. CA-04-21900-TLW-4 (D.S.C. Aug. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED